**HUNTON ANDREWS KURTH LLP**
Holly Williamson (Pro Hac Vice Pending)
hwilliamson@HuntonAK.com
Karen Jennings Evans (State Bar No. 197046)
kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701

Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY-CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No.: 2:23-cv-00172-WBS-KJN<br><br>[Assigned to Honorable William B. Shubb]<br><br>**STIPULATION AND ORDER TO WITHDRAW DISA GLOBAL SOLUTIONS' MOTION TO DISMISS AND SET TIME FOR RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND ACCOMPANYING BRIEFING SCHEDULE**<br><br>Complaint Filed: October 31, 2022<br>Removal: January 27, 2023<br>FAC Filed: February 24, 2023 |

1     WHEREAS, on October 31, 2022, Plaintiffs Marvonte Wilson and Domonique Daniels (collectively "Plaintiffs"), filed a Class Action Complaint against Defendants Timec Company, Inc. ("Timec"), Ferrovial Services Infrastructure, Inc. ("Ferrovial"), Valero Refining Company-California ("Valero") and DISA Global Systems ("DISA") (collectively "Defendants");

    WHEREAS, on January 27, 2023, DISA filed a Notice of Removal;

    WHEREAS, on January 30, 2023 Timec, Ferrovial, and Valero filed Joinders to the Notice of Removal;

    WHEREAS, on February 10, 2023, DISA filed a motion to dismiss the Complaint, and Timec, Ferrovial, and Valero ultimately joined in the motion to dismiss;

    WHEREAS, on February 24, 2021, Plaintiffs filed a First Amended Complaint ("FAC");

    WHEREAS, the Parties believe it is in the interests of judicial efficiency for DISA to withdraw its Motion to Dismiss the original Complaint and instead address respond to the FAC;

**IT IS HEREBY STIPULATED AND AGREED THAT** DISA's Motion to Dismiss Plaintiffs' Complaint be withdrawn and Defendants shall have up to and including March 17, 2023 to file their responses to the FAC.

DATED: March 3, 2023                  HUNTON ANDREWS KURTH LLP

By: */s/ Karen Jennings Evans*
Holly Williamson* (*pro hac vice pending*)
Karen Jennings Evans
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC

DATED: March 3, 2023                  GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Cecilia Hong (as authorized on 3/3/2023)*
Kimberley Westmoreland
Cecilia Hong
Attorneys for Defendant
TIMEC SERVICES COMPANY, INC.,
FERROVIAL SERVICES
INFRASTRUCTURE, INC.; VALERO
REFINING COMPANY-CALIFORNIA

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DATED: March 3, 2023

CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/Julianne Stanford (as authorized on 3/3/23)
Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Attorneys for Plaintiffs
MARVONTE WILSON,
DOMONIQUE DANIELS, and the Putative Class

## ORDER

The Court, having reviewed the Parties' stipulation, and good cause appearing therein, hereby ORDERS as follows:

1. DISA's Motion to Dismiss Plaintiffs' Complaint is withdrawn and the hearing scheduled for April 17, 2023 is taken off calendar.

2. Defendants shall have until March 17, 2023 to file their response to the Plaintiffs' Amended Complaint.

3. If Defendants file a Motion to Dismiss on or before March 17, 2023, Plaintiffs shall have until April 7, 2023 to file their Opposition to the Motion to Dismiss, and Defendants shall have until April 21, 2023 to file their Reply to the Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: March 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE