| | |
|---|---|
| Lawrence A. Organ (SBN 175503) | DINA GLUCKSMAN (SBN: 245646) |
| Julianne K. Stanford (SBN 290001) | dglucksman@grsm.com |
| Emily G. Kohlheim (SBN 342737) | KIMBERLY WESTMORELAND (SBN: 237919) |
| CALIFORNIA CIVIL RIGHTS LAW GROUP | kwestmoreland@grsm.com |
| 332 San Anselmo Avenue | CECILIA HONG (SBN: 308227) |
| San Anselmo, CA 94960 | chong@grsm.com |
| Tel. (415) 453-4740 | GORDON REES SCULLY MANSUKHANI, LLP |
| Fax (415) 785-7352 | 633 West Fifth Street, 52nd floor |
| Email: larry@civilrightsca.com | Los Angeles, CA 90071 |
|     julianne@civilrightsca.com | Telephone: (213) 576-5043 |
|     emily@civilrightsca.com | Facsimile: (213) 680-4470 |
| Attorneys for Plaintiffs MARVONTE WILSON, DOMONIQUE DANIELS, and the Putative Class | Attorneys for Defendants TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA |

Vernon C. Goins II (SBN 195461)
William W. Castillo Guardado (SBN 294159)
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Ste. 450
Oakland, CA 94612
Tel. 510-663-3700
Fax 510-663-3710
Email: vgoins@goinslawfirm.com
    wcastillo@goinslawfirm.com
Attorneys for Plaintiffs MARVONTE WILSON, DOMONIQUE DANIELS, and the Putative Class

HUNTON ANDREWS KURTH LLP
Holly Williamson (Pro Hac Vice)
hwilliamson@HuntonAK.com
Karen Jennings Evans (State Bar No. 197046) kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-CV-00172-WBS-KJN<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

It is stipulated by and between Plaintiffs MARVONTE WILSON and DOMONIQUE DANIELS and Defendants TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; and DISA GLOBAL SOLUTIONS (collectively, the "Parties") through their respective counsel of record as follows:

Recitals

1. Plaintiffs filed this action in the Superior Court of California in and for the County of Solano on October 31, 2022.

2. The action was removed to this Court on January 27, 2023.

3. On February 10, 2023, Defendant DISA Global Solutions filed a motion to dismiss to which the remaining Defendants joined.

4. Plaintiffs filed an amended complaint on February 24, 2023.

5. Thereafter, the Parties stipulated to withdraw Defendants' motion and to a briefing schedule regarding Defendants' anticipated motion to dismiss the amended complaint, which became the Court's order on March 3, 2023.

6. On March 17, 2023, Defendant DISA Global Solutions filed a motion to dismiss Plaintiffs' amended complaint, and the remaining Defendants joined.

7. The hearing on Defendants' motion set for May 1, 2023 was vacated by the Court on April 30, 2023.

8. On May 1, 2023, the Parties held their Fed. R. Civ. Proc. 26(f) conference and, in part, the Parties discussed the impact that the Court's pending order on Defendants' motion to dismiss may have on their 26(f) report.

9. Additionally, the Parties discussed and have agreed to exchange initial disclosures pursuant to Fed. R. Civ. Proc. 26(a)(1) on or before June 16, 2023, so the Parties' may have the benefit of the Court's ruling and to allow sufficient time for the Parties to investigate the issues and serve meaningful disclosures.

## Stipulation

In light of the foregoing, the Parties respectfully request the Court issue an order continuing the Case Management Conference currently scheduled for May 22, 2023, at 1:30 p.m. to a time and date convenient and available on the Court's calendar on or after June 19, 2023.

Dated: May 5, 2023                    CALIFORNIA CIVIL RIGHTS LAW GROUP

          /s/ Julianne K. Stanford
By:  Julianne K. Stanford
      Attorneys for MARVONTE WILSON and
      DOMONIQUE DANIELS and the Putative Class

Dated: May 5, 2023                    LAW OFFICES OF VERNON GOINS

          /s/ William W. Castillo Guardado
By:  William W. Castillo Guardado

|   |   |   |
|---|---|---|
| 1 | | (as authorized on May 3, 2023) |
| 2 | | Attorneys for MARVONTE WILSON and DOMONIQUE DANIELS and the Putative Class |
| 3 | Dated: May 5, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| 4 | | |
| 5 | | /s/ Cecilia Hong |
| 6 | | By: Cecilia Hong |
| 7 | | (as authorized on May 4, 2023) Attorneys for TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES |
| 8 | | INFRASTRUCTURE, INC.; and VALERO REFINING COMPANY – CALIFORNIA. |
| 10 | Dated: May 5, 2023 | HUNTON ANDREWS KURTH LLP |
| 12 | | /s/ Holly Williamson |
| 13 | | By: Holly Williamson |
| 14 | | (as authorized on May 4, 2023) Attorneys for DISA GLOBAL SOLUTIONS, INC. |

**ORDER**

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues the Scheduling Conference, currently scheduled for May 22, 2023 at 1:30 p.m. to June 20, 2023 at 1:30 p.m.  A joint status report shall be filed no later than June 6, 2023 in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed January 30, 2023 (Docket No. 3). The Parties' obligations under Federal Rule of Civil Procedure 26 shall be completed as provided in the original Order Setting Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated:  May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE