Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Emily G. Kohlheim (SBN 342737)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
       julianne@civilrightsca.com
       emily@civilrightsca.com
Attorneys for Plaintiffs MARVONTE WILSON,
DOMONIQUE DANIELS, and the Putative Class

Vernon C. Goins II (SBN 195461)
William W. Castillo Guardado (SBN 294159)
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Ste. 450
Oakland, CA 94612
Tel. 510-663-3700
Fax 510-663-3710
Email: vgoins@goinslawfirm.com
       wcastillo@goinslawfirm.com
Attorneys for Plaintiffs MARVONTE WILSON,
DOMONIQUE DANIELS, and the Putative Class


HUNTON ANDREWS KURTH LLP
M. Brett Burns (SBN 256965)
mbrettburns@huntonAK.com
Holly Williamson (Pro Hac Vice)
hwilliamson@HuntonAK.com
Karen Jennings Evans (SBN 197046)
kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

DINA GLUCKSMAN (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5043
Facsimile: (213) 680-4470
Attorneys for Defendants
TIMEC SERVICES COMPANY, INC.;
FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-CV-00172-WBS-KJN<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;  ORDER |

It is stipulated by and between Plaintiffs MARVONTE WILSON and DOMONIQUE DANIELS and Defendants TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; and DISA GLOBAL SOLUTIONS (collectively, the "Parties") through their respective counsel of record as follows:

Recitals

1. Plaintiffs filed this action in the Superior Court of California in and for the County of Solano on October 31, 2022.

2. The action was removed to this Court on January 27, 2023.

3. Plaintiffs filed an amended complaint on February 24, 2023.

4. On March 17, 2023, Defendant DISA Global Solutions filed a motion to dismiss Plaintiffs' amended complaint, and the remaining Defendants joined.

5. On May 12, 2023, the Court issued its Memorandum and Order regarding Defendants' Motion to Dismiss.  The Court ordered that Defendants' Motion to Dismiss is granted as to Plaintiffs' Section 1981 and ADA claims, and denied in all other respects.  The Court provided Plaintiffs 20 days from the date of the Order to File an amended complaint.

6. Plaintiffs decline to amend the complaint.  Thus, Defendants intend to file an Answer to the First Amended Complaint.  Accordingly, the Parties agree that Defendants shall have until June 2, 2023 to file their Answer to the Amended Complaint.

7. On May 17, 2023, M. Brett Burns, a Partner in the San Francisco office of Hunton Andrews Kurth, filed a Notice of Appearance on behalf of DISA. Mr. Burns will be lead counsel for DISA.

8. Mr. Burns is unable to attend the Scheduling Conference currently scheduled for June 20, 2023 due to pre-planned, pre-paid out-of-the-country travel.

9. After confirming that the Court is available for a Scheduling Conference on July 31, 2023, the Parties have agreed to continue the Scheduling Conference to July 31, 2023.

## Stipulation

In light of the foregoing, the Parties respectfully request the Court issue an order continuing the Case Management Conference currently scheduled for June 20, 2023 at 1:30 p.m. to July 31, 2023 at 1:30 p.m., and order that Defendants shall have until June 2, 2023 to file their Answer to the First Amended Complaint, not including the Causes of Actions for Violations of Section 1981 and the American Disabilities Act, which have been dismissed.

Dated: May 26, 2023                           CALIFORNIA CIVIL RIGHTS LAW GROUP

                                              _/s/ Julianne K. Stanford_____
                                         By:  Julianne K. Stanford
                                              (as authorized on May 25, 2023)
                                              Attorneys for MARVONTE WILSON and
                                              DOMONIQUE DANIELS and the Putative Class

| | | |
|---|---|---|
| Dated: May 26, 2023 | | LAW OFFICES OF VERNON GOINS |

                                 _/s/ William W. Castillo Guardado_____
                          By: William W. Castillo Guardado
                                   (as authorized on May 25, 2023)
                                   Attorneys for MARVONTE WILSON and
                                   DOMONIQUE DANIELS and the Putative Class

Dated: May 26, 2023                     GORDON REES SCULLY MANSUKHANI, LLP

                                 _/s/ Cecilia Hong_____
                          By: Cecilia Hong
                                   (as authorized on May 25, 2023)
                                   Attorneys for TIMEC SERVICES COMPANY,
                                   INC.; FERROVIAL SERVICES
                                   INFRASTRUCTURE, INC.; and VALERO
                                   REFINING COMPANY – CALIFORNIA.

Dated: May 26, 2023                     HUNTON ANDREWS KURTH LLP

                                 _/s/ M. Brett Burns_____
                          By: M. Brett Burns
                                   Attorneys for DISA GLOBAL SOLUTIONS, INC.

# ORDER

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues the Case Management Conference, currently scheduled for June 20, 2023 at 1:30 p.m. to **July 31, 2023 at 1:30 p.m**. The Parties' obligations under Federal Rule of Civil Procedure 26 shall be completed as provided in the original Order Setting Initial Case Management Conference. The Court also orders that Defendants shall file their Answer to the First Amended Complaint, not including the Causes of Actions for Violations of Section 1981 and the American Disabilities Act, which have been dismissed.

**IT IS SO ORDERED.**

Dated: May 30, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE