Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Cimone Nunley (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
       julianne@civilrightsca.com
       emily@civilrightsca.com
Attorneys for Plaintiffs MARVONTE WILSON,
DOMONIQUE DANIELS, and the Putative Class

Vernon C. Goins II (SBN 195461)
William W. Castillo Guardado (SBN 294159)
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Ste. 450
Oakland, CA 94612
Tel. 510-663-3700
Fax 510-663-3710
Email: vgoins@goinslawfirm.com
       wcastillo@goinslawfirm.com
Attorneys for Plaintiffs MARVONTE WILSON,
DOMONIQUE DANIELS, and the Putative Class

HUNTON ANDREWS KURTH LLP
M. Brett Burns (SBN 256965)
mbrettburns@huntonAK.com
Holly Williamson (Pro Hac Vice)
hwilliamson@HuntonAK.com
Karen Jennings Evans (SBN 197046)
kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

DINA GLUCKSMAN (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5043
Facsimile: (213) 680-4470
Attorneys for Defendants
TIMEC SERVICES COMPANY, INC.;
FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA

JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE; ORDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-CV-00172-WBS-KJN<br><br>**JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE RELATED TO DISA'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ALTERNATIVE CERTIFICATION FOR INTERLOCUTORY APPEAL; ORDER** |

It is stipulated by and between Plaintiffs MARVONTE WILSON and DOMONIQUE DANIELS and Defendants TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; and DISA GLOBAL SOLUTIONS (collectively, the "Parties") through their respective counsel of record as follows:

<u>Recitals</u>

1. On July 14, 2023, Defendant DISA Global Solutions filed a Motion for Judgment on the Pleadings and Alternative Motion for Certification for Interlocutory Appeal ("DISA's Motion").

2. DISA's Motion is set for hearing on September 5, 2023.

3. The Parties have agreed to a briefing schedule for DISA's Motion, as follows: Plaintiffs' Opposition to DISA's Motion shall be filed by August 4, 2023 and DISA's Reply shall be filed by August 21, 2023.

Stipulation

In light of the foregoing, the Parties respectfully request the Court issue an order that Plaintiffs shall have until August 4, 2023 to file their Opposition to DISA's Motion and DISA shall have until August 21, 2023 to file its Reply to its Motion.

Dated: July 25, 2023         CALIFORNIA CIVIL RIGHTS LAW GROUP

_/s/ Cimone Nunley_____
By: Julianne K. Stanford
Cimone Nunley
(as authorized on July 25, 2023)
Attorneys for MARVONTE WILSON and
DOMONIQUE DANIELS and the Putative Class

Dated: July 25, 2023         LAW OFFICES OF VERNON GOINS

_/s/ William W. Castillo Guardado_____
By: William W. Castillo Guardado
(as authorized on July 25, 2023)
Attorneys for MARVONTE WILSON and
DOMONIQUE DANIELS and the Putative Class

Dated: July 25, 2023         GORDON REES SCULLY MANSUKHANI, LLP

_/s/ Cecilia Hong_____
By: Cecilia Hong
(as authorized on July 25, 2023)
Attorneys for TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; and VALERO REFINING COMPANY – CALIFORNIA.

Dated: July 25, 2023         HUNTON ANDREWS KURTH LLP

_/s/ M. Brett Burns_____
By: M. Brett Burns
Attorneys for DISA GLOBAL SOLUTIONS, INC.

2

**ORDER**

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE, Plaintiffs' shall have up to and including August 4, 2023 to file their Opposition to DISA's Motion for Judgment on the Pleadings and Alternative Motion for Certification for Interlocutory Appeal and DISA shall have up to and including August 21, 2023 to file its Reply to the Motion

**IT IS SO ORDERED.**

Dated: July 25, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE