DINA GLUCKSMAN (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5043
Facsimile: (213) 680-4470

Attorneys for Defendant
TIMEC SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY-CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:23-cv-00172-WBS-KJN<br><br>[Assigned to the Honorable William B. Shubb]<br><br>**DEFENDANT TIMEC SERVICES COMPANY, INC.'S JOINDER TO DEFENDANT DISA GLOBAL SOLUTIONS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS, ALTERNATIVE MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292, AND SUPPORTING MEMORANDUM**<br><br>Date: September 5, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: 10/31/22 |

DEFENDANT TIMEC SERVICES COMPANY, INC. ("Timec") hereby joins Defendant DISA GLOBAL SOLUTIONS' ("DISA") NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS, ALTERNATIVE MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292,

-1-

AND SUPPORTING MEMORANDUM ("Motion") set for hearing on September 5, 2023, at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

By this Joinder, Timec incorporates by reference as though fully set forth herein, Section III(A), Section III(B), and Section III(C), and Section III(D)(3) of DISA's Motion, and all references to those sections, in addition to all other concurrently filed documents, to the extent applicable.

In doing so, Timec adopts the legal arguments, authorities and request for relief set forth therein. Timec is similarly situated to DISA in this case with respect to issues raised in its Motion, and accordingly, the arguments put forth by DISA apply with equal force and effect as to Timec.

If for any reason DISA withdraws its Motion, Timec reserves the right to pursue the Motion on its own, and reserves all rights that DISA would have afforded had it pursued its Motion.

Dated:  August 9, 2023                         GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Dina Glucksman
Kimberly Westmoreland
Cecilia Hong
Attorneys for Defendant
TIMEC SERVICES COMPANY, INC.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071