DINA GLUCKSMAN  (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND  (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone:  (213) 576-5043
Facsimile:  (213) 680-4470

Attorneys for Defendant
VALERO REFINING COMPANY-CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY-CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:23-cv-00172-WBS-KJN<br><br>[Assigned to the Honorable William B. Shubb]<br><br>**DEFENDANT VALERO REFINING COMPANY-CALIFORNIA'S JOINDER TO DEFENDANT DISA GLOBAL SOLUTIONS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS, ALTERNATIVE MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292, AND SUPPORTING MEMORANDUM**<br><br>Date:  September 5, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: 10/31/22 |

DEFENDANT VALERO REFINING COMPANY-CALIFORNIA ("Valero") hereby joins Defendant DISA GLOBAL SOLUTIONS' ("DISA") NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS, ALTERNATIVE MOTION FOR

-1-

CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292, AND SUPPORTING MEMORANDUM ("Motion") set for hearing on September 5, 2023, at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

By this Joinder, Valero incorporates by reference as though fully set forth herein, Section III(A), Section III(B), and Section III(C), Section III(D)(1), Section III(D)(2), and Section III(D)(3) of DISA's Motion, and all references to those sections, in addition to all other concurrently filed documents, to the extent applicable.

In doing so, Valero adopts the legal arguments, authorities and request for relief set forth therein. Valero is similarly situated to DISA in this case with respect to issues raised in its Motion, and accordingly, the arguments put forth by DISA apply with equal force and effect as to Valero.

If for any reason DISA withdraws its Motion, Valero reserves the right to pursue the Motion on its own, and reserves all rights that DISA would have afforded had it pursued its Motion.

Dated: August 9, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Dina Glucksman
Kimberly Westmoreland
Cecilia Hong
Attorneys for Defendant
VALERO REFINING COMPANY-CALIFORNIA

DEFENDANT VALERO REFINING COMPANY-CALIFORNIA'S JOINDER TO DEFENDANT DISA GLOBAL SOLUTIONS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS, ALTERNATIVE MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292, AND SUPPORTING MEMORANDUM