Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Cimone Nunley (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW
GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
        julianne@civilrightsca.com
        emily@civilrightsca.com
Attorneys for Plaintiffs MARVONTE
WILSON, DOMONIQUE DANIELS, and
the Putative Class

Vernon C. Goins II (SBN 195461)
Ravneet Sandhu (SBN 338166)
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Ste. 450
Oakland, CA 94612
Tel. 510-663-3700
Fax 510-663-3710
Email: vgoins@goinslawfirm.com
        nsandhu@goinslawfirm.com
Attorneys for Plaintiffs MARVONTE
WILSON, DOMONIQUE DANIELS, and
the Putative Class

HUNTON ANDREWS KURTH LLP
M. Brett Burns (SBN 256965)
mbrettburns@huntonAK.com
Holly Williamson (Pro Hac Vice)
hwilliamson@HuntonAK.com
Karen Jennings Evans (SBN 197046)
kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

DINA GLUCKSMAN (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5043
Facsimile: (213) 680-4470
Attorneys for Defendants
TIMEC SERVICES COMPANY, INC.;
FERROVIAL SERVICES
INFRASTRUCTURE, INC.; VALERO
REFINING COMPANY – CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARVONTE WILSON and DOMONIQUE
DANIELS, individually and on behalf of all
others similarly situated,

                  Plaintiffs,

  v.

TIMEC SERVICES COMPANY, INC.;
FERROVIAL SERVICES
INFRASTRUCTURE, INC.; VALERO
REFINING COMPANY – CALIFORNIA;
DISA GLOBAL SOLUTIONS; and DOES 1
THROUGH 50, INCLUSIVE,

                  Defendants.

Case No. 2:23-CV-00172-WBS-KJN

**STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
SECOND AMENDED COMPLAINT
PURSUANT TO LOCAL RULE 144(a)**

       Pursuant to Local Rule 144(a), it is hereby stipulated by and between Plaintiffs

MARVONTE WILSON and DOMONIQUE DANIELS and Defendants TIMEC SERVICES

COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO

REFINING COMPANY – CALIFORNIA; and DISA GLOBAL SOLUTIONS (collectively, the

"Parties") through their respective counsel of record as follows:

       WHEREAS, Plaintiffs filed their Second Amended Complaint in this action on

September 26, 2023;

       WHEREAS, Defendants' responsive pleading is presently due on October 10, 2023;

       WHEREAS, Defendants requested and Plaintiffs agreed to a brief 10 day extension of

time to respond to the Second Amended Complaint;

       WHEREAS, the extension of time will not alter the date of any event or deadline already

fixed by the Court;

WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall file their responsive pleading by October 20, 2023.

Dated: October 6, 2023                    CALIFORNIA CIVIL RIGHTS LAW GROUP


                                          _/s/ Cimone Nunley_____
                                    By:   Julianne K. Stanford
                                          Cimone Nunley
                                          (as authorized on April 6, 2023)
                                          Attorneys for MARVONTE WILSON and
                                          DOMONIQUE DANIELS and the Putative Class


Dated: October 6, 2023                    LAW OFFICES OF VERNON GOINS


                                          _/s/ William W. Castillo Guardado_____
                                    By:   William W. Castillo Guardado
                                          (as authorized on April 6, 2023)
                                          Attorneys for MARVONTE WILSON and
                                          DOMONIQUE DANIELS and the Putative Class

Dated: October 6, 2023                    GORDON REES SCULLY MANSUKHANI, LLP


                                          _/s/ Cecilia Hong_____
                                    By:   Cecilia Hong
                                          (as authorized on April 6, 2023)
                                          Attorneys for TIMEC SERVICES COMPANY,
                                          INC.; FERROVIAL SERVICES
                                          INFRASTRUCTURE, INC.; and VALERO
                                          REFINING COMPANY – CALIFORNIA.

Dated: October 6, 2023                    HUNTON ANDREWS KURTH LLP


                                          _/s/ M. Brett Burns_____
                                          By:  M. Brett Burns
                                          Attorneys for DISA GLOBAL SOLUTIONS, INC.


### ORDER

      Based on the stipulation of the parties, and good cause appearing therefore, Defendants'
deadline to file a responsive pleading to Plaintiffs' Second Amended Complaint is extended to
October 20, 2023.

      **IT IS SO ORDERED.**


Dated:  October 9, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; ORDER