Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Cimone Nunley (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
       julianne@civilrightsca.com
       emily@civilrightsca.com
Attorneys for Plaintiffs MARVONTE WILSON, DOMONIQUE DANIELS, and the Putative Class

Vernon C. Goins II (SBN 195461)
Ravneet Sandhu (SBN 338166)
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Ste. 450
Oakland, CA 94612
Tel. 510-663-3700
Fax 510-663-3710
Email: vgoins@goinslawfirm.com
       nsandhu@goinslawfirm.com
Attorneys for Plaintiffs MARVONTE WILSON, DOMONIQUE DANIELS, and the Putative Class

HUNTON ANDREWS KURTH LLP
M. Brett Burns (SBN 256965)
mbrettburns@huntonAK.com
Holly Williamson (Pro Hac Vice)
hwilliamson@HuntonAK.com
Karen Jennings Evans (SBN 197046)
kevans@HuntonAK.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS, INC.

DINA GLUCKSMAN (SBN: 245646)
dglucksman@grsm.com
KIMBERLY WESTMORELAND (SBN: 237919)
kwestmoreland@grsm.com
CECILIA HONG (SBN: 308227)
chong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5043
Facsimile: (213) 680-4470
Attorneys for Defendants
TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA

STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS; ORDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-CV-00172-WBS-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

Pursuant to Local Rule 144(a), it is hereby stipulated by and between Plaintiffs MARVONTE WILSON and DOMONIQUE DANIELS and Defendants TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; and DISA GLOBAL SOLUTIONS (collectively, the "Parties") through their respective counsel of record as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint in this action on September 26, 2023;

WHEREAS, Defendants' filed a Motion to Dismiss the Second Amended Complaint on October 20, 2023, after receiving a 10 day extension of time to respond to the Second Amended Complaint;

WHEREAS, Plaintiffs requested and Defendants agreed to a 10 day extension of time to file their opposition to Defendant's Motion to Dismiss to November 13, 2023;

WHEREAS, Defendants' reply to Plaintiffs' opposition is extended to December 1, 2023;

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs shall file their opposition by November 13, 2023. Defendants shall file their reply by December 1, 2023.

Dated: October 23, 2023                CALIFORNIA CIVIL RIGHTS LAW GROUP

                                        */s/ Cimone Nunley*_____
                                    By: Julianne K. Stanford
                                        Cimone Nunley
                                        (as authorized on Oct. 23, 2023)
                                        Attorneys for MARVONTE WILSON and
                                        DOMONIQUE DANIELS and the Putative Class

Dated: October 23, 2023                LAW OFFICES OF VERNON GOINS

                                        */s/ Vernon C. Goins*_____
                                    By: Vernon C. Goins
                                        Ravneet Sandhu
                                        (as authorized on October 23. 2023)
                                        Attorneys for MARVONTE WILSON and
                                        DOMONIQUE DANIELS and the Putative Class

Dated: October 23, 2023                GORDON REES SCULLY MANSUKHANI, LLP

                                        */s/ Cecilia Hong*_____
                                    By: Cecilia Hong
                                        (as authorized on October 23. 2023)
                                        Attorneys for TIMEC SERVICES COMPANY,
                                        INC.; FERROVIAL SERVICES
                                        INFRASTRUCTURE, INC.; and VALERO
                                        REFINING COMPANY – CALIFORNIA.

Dated: October 23, 2023                    HUNTON ANDREWS KURTH LLP


                                           _/s/ M. Brett Burns_____
                                        By:  M. Brett Burns
                                             Attorneys for DISA GLOBAL SOLUTIONS, INC.


## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, Plaintiffs' deadline to file an opposition to Defendants' Motion to Dismiss is extended to November 13, 2023. Defendants' reply to Plaintiffs' opposition is extended to December 1, 2023.

**IT IS SO ORDERED.**

Dated:  October 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE