UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 2:23-cv-00172 WBS CSK<br><br>ORDER[1] |

----oo0oo----

Good cause appearing, and in light of the other parties' non-opposition, Timec's motion for leave to file a crossclaim (Docket No. 110) is hereby GRANTED.  Timec is directed

---

[1] This motion is decided on the papers without oral argument pursuant to Local Rule 230(g).  The hearing on the motion set for September 3, 2024 is hereby VACATED.

1

to file the proposed crossclaim (Docket No. 110-4) within ten days of the issuance of this Order.

IT IS SO ORDERED.

Dated: August 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE