| | |
|---|---|
| HUNTON ANDREWS KURTH LLP | DINA GLUCKSMAN (SBN: 245646) |
| M. Brett Burns (SBN 256965) | dglucksman@grsm.com |
| mbrettburns@huntonAK.com | KIMBERLY WESTMORELAND (SBN: 237919) |
| Holly Williamson (Pro Hac Vice) | |
| hwilliamson@HuntonAK.com | kwestmoreland@grsm.com |
| Karen Jennings Evans (SBN 197046) | CECILIA HONG (SBN: 308227) |
| kevans@HuntonAK.com | chong@grsm.com |
| 50 California Street, Suite 1700 | GORDON REES SCULLY |
| San Francisco, California 94111 | MANSUKHANI, LLP |
| Telephone: 415 • 975 • 3700 | 633 West Fifth Street, 52nd floor |
| Facsimile: 415 • 975 • 3701 | Los Angeles, CA 90071 |
| Attorneys for Defendant | Telephone: (213) 576-5043 |
| DISA GLOBAL SOLUTIONS, INC. | Facsimile: (213) 680-4470 |
| | Attorneys for Defendants |
| VOYS, SATER, SEYMOUR AND PEASE LLP | TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES |
| Adam S. Hamburg (SBN 247127) | INFRASTRUCTURE, INC.; VALERO |
| ashamburg@voys.com | REFINING COMPANY – CALIFORNIA |
| 4675 MacArthur Court, Suite 700 | |
| Newport Beach, CA  92660-1842 | |
| Telephone 949-526-7903 | |
| Attorneys for TIMEC SERVICES COMPANY, INC. | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated, | Case No. 2:23-CV-00172-WBS-CSK |
| Plaintiffs, | **STIPULATION TO BIFURCATE AND STAY TIMEC SERVICES COMPANY INC.'S CROSS CLAIM AGAINST DISA GLOBAL SOLUTIONS; ORDER** |
| v. | |
| TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

It is hereby stipulated by and between Defendant and Cross-Claimant TIMEC SERVICES COMPANY, INC. ("Timec") and Defendant and Cross-Defendant DISA GLOBAL SOLUTIONS ("DISA") (collectively, the "Parties") through their respective counsel of record as follows:

WHEREAS, Timec filed its Crossclaim against DISA in this action on September 6, 2024;

WHEREAS, a Court determination of the causes of action in Timec's Crossclaim for indemnity and declaratory relief are not necessary for the resolution of Plaintiffs' claims against Timec and DISA;

WHEREAS, Timec and DISA agree that it is in the interest of judicial economy and efficiency, as well as the Parties' interests of efficiency to bifurcate Timec's crossclaim and stay the crossclaim until after Plaintiff's causes of action are resolved;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Timec and DISA, through their respective counsel, that Timec's Crossclaim against DISA is bifurcated from Plaintiffs' Second Amended Complaint and all matters concerning the Crossclaim are stayed until the causes of action asserted by Plaintiffs in the Second Amended Complaint in this action are resolved. Furthermore, neither Timec nor DISA waives any claims, defenses, or other matters concerning the Crossclaim; both Parties reserve all rights as to any claims, defenses, or other matters.

Dated: September 20, 2024          VOYS, SATER, SEYMOUR AND PEASE, LLP

                                                          */s/ Adam S. Hamburg*
By: Adam S. Hamburg
(as authorized on September 20, 2024)
Attorneys for CROSS-CLAIMANT
TIMEC SERVICES COMPANY, INC.

Dated: September 20, 2024          GORDON REES SCULLY MANSUKHANI, LLP

                                                          */s/ Kimberly Westmoreland*
By:  Kimberly Westmoreland
(as authorized on September 20, 2024)
Attorneys for DEFENDANTS
TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; and VALERO REFINING COMPANY – CALIFORNIA.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2024 | HUNTON ANDREWS KURTH LLP |
| 2 | | |
| 3 | | */s/ M. Brett Burns* |
| | | By: M. Brett Burns |
| 4 | | Attorneys for DEFENDANT and CROSS-DEFENDANT |
| 5 | | DISA GLOBAL SOLUTIONS, INC. |

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, Timec's Crossclaim against DISA is bifurcated from Plaintiffs' Second Amended Complaint and stayed until the causes of action asserted by Plaintiffs in the Second Amended Complaint in this action are resolved. Counsel shall notify the court by joint status report when the causes of action in the Second Amended Complaint have been finally resolved.

**IT IS SO ORDERED.**

Dated: September 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE