**HUNTON ANDREWS KURTH LLP**
M. Brett Burns (State Bar No. 256965)
mbrettburns@Hunton.com
Holly Williamson (State Bar No. TX-21620100)
hwilliamson@Hunton.com
Karen Evans (State Bar No. 197046)
kevans@Hunton.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415-975-3700
Facsimile: 415-975 -3701
Attorneys for Defendant
DISA GLOBAL SOLUTIONS


**VORYS, SATER, SEYMOUR AND PEASE LLP**
Adam S. Hamburg (SBN 247127)
ashamburg@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660-1842
Telephone 949-526-7903
Attorneys for Defendant
TIMEC SERVICES COMPANY, INC.

**GORDON REES SCULLY MANSUKHANI, LLP**
DINA GLUCKSMAN (SBN 245646)
dglucksman@grsm.com
KIMBERLEY WESTMORELAND
(SBN 237919)
kwestmoreland@grsm.com
CELILIA HONG (SBN 308227)
chong@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone 213- 576-5043
Facsimile: 213-680-4470
Attorneys for Defendants
TIMEC SERVICES COMPANY, INC.,
FERROVIAL SERVICES
INFRASTRUCTURE, INC., VALERO
REFINING COMPANY - CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY - CALIFORNIA;<br><br>DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No.:  2:23-cv-00172-WBS-CSK<br><br>**STIPULATION TO VACATE CURRENT DEADLINES** |

STIPULATION TO VACATE CURRENT DEADLINES ORDER

It is hereby stipulated by and between Defendant and Cross-Claimant TIMEC SERVICES COMPANY, INC. ("Timec") and Defendant and Cross-Defendant DISA GLOBAL SOLUTIONS ("DISA") (collectively, the "Parties") through their respective counsel of record as follows:

WHEREAS, Timec filed its Crossclaim against DISA in this action on September 6, 2024 (the "Crossclaim");

WHEREAS, the Parties thereafter agreed to stay all proceedings relating to the Crossclaim pending resolution of the causes of action asserted by Plaintiffs in the Second Amended Complaint, as reflected in Docket No. 113, and the Court entered an Order effectuating that stay at Docket No. 114;

WHEREAS, because of the stay, the Parties agree that vacating the current deadlines set forth in the Status (Pretrial Scheduling) Order would promote judicial economy and avoid unnecessary expenditure of party and court resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, that:

1. The current deadlines set forth in the Status (Pretrial Scheduling) Order (Dkt. 106) are vacated;

2. A status conference shall be set for June 15, 2026, at 1:30 p.m.; and

3. The Parties shall file a joint status report no later than June 1, 2026.

DATED: March 31, 2026                    VORYS, SATER, SEYMOUR AND PEASE, LLP
                                         */s/ Adam S. Hamburg*

                                         By:   Adam S. Hamburg
                                               (as authorized on March 31, 2026)
                                               Attorneys for CROSS-CLAIMANT
                                               TIMEC SERVICES COMPANY, INC.

STIPULATION TO VACATE CURRENT DEADLINES ORDER

DATED: March 31, 2026

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Kimberly Westmoreland*

By:   Kimberly Westmoreland
(as authorized on March 31, 2026)
Attorneys for DEFENDANTS TIMEC SERVICES COMPANY, INC., FERROVIAL SERVICES INFRASTRUCTURE, INC., AND VALERO REFINING COMPANY - CALIFORNIA

DATED: March 31, 2026

HUNTON ANDREWS KURTH LLP

*/s/ Karen Evans*

By:   Karen Evans
Attorneys for DEFENDANT and CROSS-DEFENDANT DISA GLOBAL SOLUTIONS, INC.

STIPULATION TO VACATE CURRENT DEADLINES; ORDER

**ORDER**

Based on the stipulation of the parties, and good cause appearing there, the current deadlines set forth in the Status (Pretrial Scheduling) Order (Dkt. 106) are vacated. A status conference shall be set for June 15, 2026, at 1:30 p.m. Further, Timec and DISA shall file a joint status report no later than June 1, 2026.

**IT IS SO ORDERED.**

Dated:  April 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4
STIPULATION TO VACATE CURRENT DEADLINES; ORDER

074539.0000096 DMS 355348341v1