**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY - CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:23-cv-00172-WBS-CSK<br><br><br>**ORDER** |

On June 1, 2026, Cross-Claimant Timec Services Company, Inc. ("Cross-Claimant") and Cross-Defendant DISA Global Solutions, Inc. submitted a Joint Status Report stating that the Court does not have jurisdiction over the remaining claim in this case and informed the Court that Cross-Claimant will file a Motion to Dismiss without Prejudice by June 15, 2026.

The Court ORDERS the Status Conference re Further Proceedings continued from June 15, 2026 to **October 5, 2026 at 1:30 p.m**., pending ruling on cross-claimant's motion to dismiss.

Dated:  June 5, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

4899-2797-2018.1