VORYS, SATER, SEYMOUR AND PEASE LLP
Adam S. Hamburg (SBN 247127)
ashamburg@vorys.com
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Phone: (949) 526-7903
Fax: (949) 383-2388

Attorneys for Defendant and Cross-Claimant,
Timec Services Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVONTE WILSON and DOMONIQUE DANIELS, individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>TIMEC SERVICES COMPANY, INC.; FERROVIAL SERVICES INFRASTRUCTURE, INC.; VALERO REFINING COMPANY – CALIFORNIA; DISA GLOBAL SOLUTIONS; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>      Defendants._____<br>_____<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:23-cv-00172-WBS-CSK<br>(*Assigned to Hon. William B. Shubb*)<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CROSSCLAIM WITHOUT PREJUDICE**<br><br>Complaint Filed: January 27, 2023<br>Crossclaim Filed: September 6, 2024 |

1

**ORDER RE: JOINT STIPULATION TO DISMISS CROSSCLAIM WITHOUT PREJUDICE**

## **<u>ORDER OF DISMISSAL</u>**

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THE CROSSCLAIM FILED BY TIMEC SERVICES COMPANY, INC. BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, crossclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.   IT IS FURTHER ORDERED THAT AS A RESULT OF PLAINTIFFS PRIOR DISMISSAL OF THEIR OPERATIVE COMPLAINT, THERE ARE NO CLAIMS PENDING BEFORE THIS COURT, AND AS SUCH, THIS MATTER IS HEREBY DISMISSED.

**IT IS SO ORDERED.**

Dated:  June 15, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**ORDER RE: JOINT STIPULATION TO  DISMISS CROSSCLAIM WITHOUT PREJUDICE**